*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# District of Columbia
# Court of Appeals

**No. 17-BG-426**

12/21/2017
FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

IN RE SEAN GARDNER SAXON

**2017 DDN 35**

An Administratively Suspended Member of the
Bar of the District of Columbia Court of Appeals

**Bar Reg. No. 481348**

BEFORE: Glickman and McLeese, Associate Judges, and Steadman, Senior Judge.

## O R D E R
(FILED – December 21, 2017)

On consideration of the certified order suspending respondent from the practice of law in the state of Colorado for three years with a fitness requirement; this court's October 10, 2017, order temporarily suspending respondent in this case and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order or the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that Sean Gardner Saxon is hereby suspended from the practice of law in the District of Columbia for three years with reinstatement subject to a fitness requirement. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of eligibility to petition for reinstatement, the suspension will not begin to run until such time as respondent files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**